UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PAUL M. STROUPE** | **CIVIL ACTION** |
| **VERSUS** | **NO: 25-1655** |
| **STATE FARM INSURANCE LIFE COMPANY** | **SECTION: "C" (4)** |

## REASONS AND ORDER

Plaintiff, Paul M. Stroupe, filed the subject Motion for Entry of Default against defendant, State Farm Insurance Life Company (R. Doc. 18), on December 23, 2025.

Federal Rule of Civil Procedure 55 governs entry of default and default judgments. Default is proper when a "party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend[.]" Fed. R. Civ. P. 55. Judge Brandon S. Long, to whom this matter was previously assigned, denied plaintiff's prior motions for entry of default. Judge Long found that State Farm timely filed a Rule 12(b)(6) motion to dismiss for failure to state a claim or, alternatively, requesting a more definite statement under Rule 12(e). Because State Farm has pled or otherwise asserted a defense herein, there is no legal basis for entry of default. Considering the above and foregoing:

IT IS ORDERED that the Request for Entry of Default against defendant, State Farm Life Insurance Company, is DENIED.

New Orleans, Louisiana, this 27th day of January, 2026.

_____
**WILLIAM J. CRAIN**
**UNITED STATES DISTRICT JUDGE**