**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **PAUL M. STROUPE** | **CIVIL ACTION** |
| **V.** | **NO. 25-1655** |
| **STATE FARM INSURANCE LIFE COMPANY** | **SECTION: C (4)** |

**ORDER & REASONS**

Before the Court is a <u>Motion to Dismiss Pursuant to 12(b)(6)</u> filed by defendant, State Farm Insurance Life Company (R. Doc. 9), and two motions to strike filed by plaintiff, Paul M. Stroupe, (R. Docs. 19, 20). The motions are **DENIED AS MOOT**.

**I.      BACKGROUND**

Proceeding *pro se*, Stroupe sued State Farm relative to a life insurance policy on his mother's life.[1] State Farm moved to dismiss, contending the original complaint pled no facts stating a claim against State Farm.[2] Stroupe then filed an amended complaint.[3] The amended complaint alleges Stroupe was the named beneficiary of two State Farm life insurance policies, one each on the lives of his mother and father.[4] It alleges that both insureds died, Stroupe gave State Farm timely proof of loss, and State Farm did not pay within 60 days.[5] It asserts a claim for breach of contract and several claims under the Louisiana Insurance Code.[6] Stroupe attaches a state-court judgment of possession from his parents' successions.[7] But, because the amended complaint lacked

---

[1]      R. Doc. 1 at 4.
[2]      R. Doc. 9.
[3]      R. Doc. 17.
[4]      *Id.* at 2.
[5]      *Id.* at 3.
[6]      *Id.* at 4-10.
[7]      R. Doc. 17-1.

1

a motion for leave to file, it has been held by the Clerk's office. Consequently, no reply to the amended complaint has been filed.

## II.   LAW AND ANALYSIS

The Court reads the filings of a self-represented party generously. *Erickson v. Pardus*, 551 U.S. 89, 94 (2007). To the extent the amended complaint requires leave to file, the Court grants it. Fed. R. Civ. Proc. 15(a)(2).[8] Once amended, the original complaint has no legal effect. *King v. Dogan*, 31 F.3d 344, 346 (5th Cir. 1994). Stroupe's amended complaint is now the operative pleading. State Farm's motion directed at the original complaint is moot.

## III.   CONCLUSION

**IT IS ORDERED** that the amended complaint (R. Doc. 17) be filed into the record.

**IT IS FURTHER ORDERED** that State Farm's motion to dismiss (R. Doc. 9) is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that Stroupe's motions to strike (R. Docs. 19 and 20) are **DENIED AS MOOT**.

New Orleans, Louisiana, this 3rd day of August, 2026.

WILLIAM J. CRAIN
UNITED STATES DISTRICT JUDGE

---

[8]   Stroupe must still follow the procedures for serving the amended complaint.

2